UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEWYORK
--------------------------------------------------------------------X
ANGEL SERRANO (AND WIFE, TANNY                Case No.:
SARMIENTO)                                     21 MC 102 (AKH)

                      Plaintiffs,       Docket No.: 07CV4516
    -against-

                                   NOTICE  OF  ADOPTION  OF
222 BROADWAY, LLC,  ET AL,                     ANSWER       TO      MASTER
                                   COMPLAINT

                    Defendant.
See Rider Attached.                            Jury Trial Demanded
--------------------------------------------------------------------X

Defendants, BOARD OF MANAGERS OF THE HUDSON VIEW EAST
CONDOMINIUM, HUDSON VIEW EAST CONDOMINIUM, by their attorneys, CALLAN,
KOSTER, BRADY & BRENNAN, LLP, adopts its Answer to the Master Complaint served by
the answering defendants in 21 MC 102 (AKH) as its answer to the allegations set forth in the
Complaint by Adoption (Check-Off Complaint). Pursuant to Case Management Order No. 4,
this adoption of answer to the Master Complaint is deemed to deny the allegations of the
Check-Off Complaint in this case. To the extent that defendants' Answer to the Master
Complaint does not comprehensively address any of the specific allegations within the Check-
Off Complaint in the above caption matter, defendants deny knowledge or information
sufficient to form a belief as to the truth of such specific allegations.

Wherefore, the defendants demand judgment dismissing the above captioned action as
against each of them, together with their costs and disbursements.

Dated:     New York, New York
            September  *12* , 2007

                                  Yours etc.,

                                  CALLAN, KOSTER, BRADY & BRENNAN, LLP
                                  Attorneys for Defendants - BOARD OF
                                  MANAGERS OF THE HUDSON VIEW EAST
                                  CONDOMINIUM, HUDSON VIEW EAST
                                  CONDOMINIUM

                                  By: _____
                                    Vincent A. Nagler ( 6400 )
                                  One Whitehall Street
                                  New York, New York 10004
                                  (212) 248-8800

CALLAN, KOSTER,
BRADY & BRENNAN, LLP
COUNSELORS AND
ATTORNEYS AT LAW
One Whitehall Street
New York, New York 10004
212-248-8800

TO:    WORBY GRONER & NAPOLI BERN, LLP
       Plaintiffs Liaison
       In Re Lower Manhattan Disaster Site Litigation
       115 Broadway, 12th Floor
       New York, New York 10006
       (212) 267-3700

**RIDER**

ANGEL SERRANO AND TANNY
SARMIENTO,

Plaintiffs,

- against -

222 BROADWAY, LLC, ALAN KASMAN DBA
KASCO, AMG REALTY PARTNERS, LP, ANN
TAYLOR STORES CORPORATION, BANK OF
NEW YORK, BATTERY PARK CITY
AUTHORITY, BLACKMON-MOORING-
STEAMATIC CATASTOPHE, INC. D/B/A BMS
CAT, BOARD OF MANAGERS OF THE
HUDSON VIEW EAST CONDOMINIUM,
BROOKFIELD FINANCIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, LP,
BROOKFIELD PARTNERS, LP, BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD
PROPERTIES HOLDINGS INC., CHASE
MANHATTAN BANK CORPORATION,
CUSHMAN & WAKEFIELD, INC.,
ENVIROTECH CLEAN AIR, INC., GPS
ENVIRONMENTAL CONSULTANTS, INC.,
GRUBB & ELLIS MANAGEMENT SERVICES,
HILLMAN ENVIRONMENTAL GROUP, LLC.,
HUDSON VIEW EAST CONDOMINIUM,
HUDSON VIEW TOWERS ASSOCIATES,
INDOOR ENVIRONMENTAL TECHNOLOGY,
INC., KASCO RESTORATION SERVICES CO.,
LIBERTY VIEW ASSOCIATES, L.P., MERRILL
LYNCH & CO, INC., MOODY'S HOLDINGS,
INC., NOMURA HOLDING AMERICA, INC.,
NOMURA SECURITIES INTERNATIONAL,
INC., R Y MANAGEMENT CO., INC., RELATED
BPC ASSOCIATES, INC., RELATED
MANAGEMENT CO., LP, RY MANAGEMENT,
STRUCTURE TONE (UK), INC., STRUCTURE
TONE GLOBAL SERVICES, INC., SWISS BANK
CORPORATION, THE RELATED COMPANIES,
LP, THE RELATED REALTY GROUP, INC.,
TOSCORP INC., TUCKER ANTHONY, INC.,
VERIZON COMMUNICATIONS, INC.,
VERIZON NEW YORK, INC, VERIZON
PROPERTIES, INC., WESTON SOLUTIONS,
INC., WFP TOWER A CO., WFP TOWER A CO.
G.P. CORP., WFP TOWER A. CO., L.P., WFP
TOWER B CO. G.P. CORP., WFP TOWER B
HOLDING CO., LP, WFP TOWER B. CO., L.P.,

WFP TOWER D CO. G.P. CORP., WFP TOWER
D HOLDING CO. I L.P., WFP TOWER D
HOLDING CO. II L.P., WFP TOWER D
HOLDING I G.P. CORP., AND WFP TOWER D.
CO., L.P., ET AL

                        Defendants.

                                X