UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION : 21 MC 102 (AKH)

-----------------------------------------------------------------X

ANGEL SERRANO (AND WIFE, TANNY SARMIENTO), : 07-CV-4516-AKH

                                  Plaintiff, : **APPEARANCE**

   - against -

222 BROADWAY, LLC, *et al.*, : **ELECTRONICALLY FILED**

                                  Defendants.
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.** and **222 BROADWAY, LLC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York
       October 3, 2007

                                        DICKSTEIN SHAPIRO LLP

                            By:   /s/ Judith R. Cohen
                                  Judith R. Cohen (JC-8614)
                                  1177 Avenue of the Americas
                                  New York, New York 10036
                                  Phone: (212) 277-6500
                                  Fax: (212) 277-6501
                                  *Attorney for Defendants*
                                  MERRILL LYNCH & CO., INC. and
                                  222 BROADWAY, LLC

DOCSNY-271747v01