x:\tc51300\adoption

WILLIAM D. JOYCE, III (WDJ9899)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

Attorneys for Defendants STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------X
ANGEL SERRANO AND TANNY SARMIENTO,

                      Plaintiffs,

      -against-

222 BROADWAY, LLC, ALAN KASMAN DBA
KASCO, AMG REALTY PARTNERS, LP, ANN
TAYLOR STORES CORPORATION, BANK OF NEW
YORK, BATTERY PARK CITY AUTHORITY,
BLACKMON-MOORING-STEAMATIC CATASTOPHE,
INC. D/B/A BMS CAT, BOARD OF MANAGERS OF
THE HUDSON VIEW EAST CONDOMINIUM,
BROOKFIELD FINANCIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, LP,
BROOKFIELD PARTNERS, LP, BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD
PROEPRTIES HOLDINGS INC., CHASE MANHATTAN
BANK CORPORATION, CUSHMAN & WAKEFIELD,
INC., ENVIROTECH CLEAN AIR, INC., GPS
ENVIRONMENTAL CONSULTANTS, INC., GRUBB &
ELLIS MANAGEMENT SERVICES, HILLMAN
ENVIRONMENTAL GROUP, LLC., HUDSON VIEW
EAST CONDOMINIUM, HUDSON VIEW TOWERS
ASSOCIATES, INDOOR ENVIRONMENTAL
TECHNOLOGY, INC., KASCO RESTORATION
SERVICES CO., LIBERTY VIEW ASSOCIATES, L.P.,
MERRILL LYNCH & CO, INC., MOODY'S HOLDINGS,
INC., NOMURA HOLDING AMERICA, INC., NOMURA
SECURITIES INTERNATIONAL, INC., R Y

**NOTICE OF ADOPTION**

07 CV 4516

MANAGEMENT CO., INC., RELATED BPC ASSOCIATES, INC., RELATED MANAGEMENT CO., LP, RY MANAGEMENT, STRUCTURE TONE (UK), INC., STRUCTURE TONE GLOBAL SERVICES, INC., SWISS BANK CORPORATION, THE RELATED COMPANIES, LP, THE RELATED REALTY GROUP, INC., TOSCORP INC., TUCKER ANTHONY, INC., VERIZON COMMUNICATIONS, INC., VERIZON NEW YORK, INC., VERIZON PROPERTIES, INC., WESTON SOLUTIONS, INC., WFP TOWER A CO., WFP TOWER A CO. G.P. CORP., WFP TOWER A. CO., L.P., WFP TOWER B CO. G.P. CORP., WFP TOWER B HOLDING CO., LP, WFP TOWER B. CO., L.P., WFP TOWER D CO. G.P. CORP., WFP TOWER D HOLDING CO. I L.P., WFP TOWER D HOLDING CO. II L.P., WFP TOWER D HOLDING I G.P. CORP., AND WFP TOWER D. CO., L.P., ET AL,

                                Defendants.

------------------------------------------------------------------------X

      PLEASE TAKE NOTICE that defendants, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC. (hereinafter "STRUCTURE TONE"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master Complaint filed in the above-referenced action, hereby adopts STRUCTURE TONE's Answer to the Master Complaint dated July 30, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

      To the extent that STRUCTURE TONE's Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off Complaint in the above-captioned matter, STRUCTURE TONE denies knowledge or information sufficient to form a belief as to the truth of such specific allegations.

      WHEREFORE, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC., demands judgment

dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
September 5, 2007

                                                     WILLIAM D. JOYCE, III (WDJ 9899)
BARRY, McTIERNAN & MOORE
Attorneys for Defendants
STRUCTURE TONE, INC. s/h/a
STRUCTURE TONE (UK), INC. and
STRUCTURE TONE GLOBAL SERVICES, INC.
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600