UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IN RE WORLD TRADE CENTER LOWER          21 MC 102 (AKH)
MANHATTAN DISASTER SIRE LITIGATION

-----------------------------------------------------------------x
ANGEL SERRANO and TANNY SARMIENTO,

        Plaintiffs,          Index No.: 07 CV 4516

  -against-

RELATED BPC ASSOCIATES, INC., RELATED          **NOTICE OF APPEARANCE**
MANAGEMENT COMPANY, L.P., THE RELATED
COMPANIES, L.P., and THE RELATED REALTY          **ELECTRONICALLY FILED**
GROUP, INC.
        Defendants.
-----------------------------------------------------------------x

To the Clerk of this Court and all parties of records:

Enter my appearance as counsel in this case for:

**RELATED BPC ASSOCIATES, INC., RELATED MANAGEMENT COMPANY, L.P., THE RELATED COMPANIES, L.P., and THE RELATED REALTY GROUP, INC.**

I certify that I am admitted to practice in this court.


Dated:  New York, New York
    December 10, 2007


            LONDON FISCHER LLP

      By:  _____
            Gillian Hines Kost (GK-2880)
            59 Maiden Lane
            New York, New York 10038
            Phone: (212) 972-1000
            Fax: (212) 972-1030

*Attorney for Defendants*
RELATED BPC ASSOCIATES, INC.,
RELATED MANAGEMENT COMPANY, L.P.,
THE RELATED COMPANIES, L.P., and
THE RELATED REALTY GROUP, INC

K: VGFutterman\WTC-Related\Plaintiff\Serrano\Pleadings\Notice of Appearance