UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER SITE LITIGATION    21 MC 100 (AKH)

THIS DOCUMENT APPLIES TO ALL WORLD TRADE
CENTER DISASTER LITIGATION

## RETURN OF SERVICE

|  | DATE | 4/21/06 |
|---|---|---|
| Service of the Summons and Complaints was made by me[2] | TITLE | Server |
| NAME OF SERVER (PRINT) Charles Thompson | | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted:

☑ Other *(specify):* Pursuant to FRCP Rule 4 (h) by serving a copy of the Summons and Complaint with the Authorized Agent of Defendant(s) at

TISHMAN SPEYER PROPERTIES,
666 5th Avenue, 12th Floor
NEW YORK, NY 10103

For the following Defendant(s):

TISHMAN SPEYER PROPERTIES,

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/21/06
_____
Date

_____
Signature of Server

115 Broadway
_____
Address of Server

MICHELLE McDOWELL
Notary Public, State of New York
No. 01MC6140024
Qualified in Richmond County
Commission Expires Jan. 17, ____

[1] See attached rider
[2] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

## RIDER: SHORT-FORM COMPLAINTS

| | |
|---|---|
| Darren Brindisi & Andrea Brindisi | 05CV10690 |
| John Black & Patricia Black | 05CV10691 |
| Gerard Murphy | 05CV10692 |
| Robert Fox & Ana Fox | 05CV1070 |
| Jorge Encalada | 05CV10737 |
| Luis Naranjo | 05CV10738 |
| Peter Gasper | 05CV10739 |
| Robert Galvani & Diane Galvani | 05CV10740 |
| Luis Pena & Maria Delourdes | 05CV10741 |
| Piedad Castillo | 05CV10743 |
| Fabio Arbelaez | 05CV10747 |
| Jaime Giraldo & Gloria Giraldo | 05CV10748 |
| Angel Serrano & Tanny Sarmiento | 05CV10749 |
| James W. Brereton & Sandra Brereton | 05CV1075 |
| Richard Miranda & Noelia Miranda | 05CV10750 |
| William King & Patricia King | 05CV10751 |
| George Desimone & Audrey Desimone | 05CV10752 |
| James Francis & Karin A. Francis | 05CV1229 |
| Michael Nolan | 05CV1430 |

# RIDER: SUMMONS WITH NOTICE

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| ANTHONY AGNELLI, ET AL. | Index No.: 117729/05 |
| MICHAEL TEGANO AND JOANNE TEGANO, | Index No.: 117732/05 |
| CARLOS GUZMAN AND GLORIA GUZMAN, | Index No.: 117730/05 |